In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant, v COUNTY OF NASSAU et al., Respondents.

Decided April 30, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.